IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | * | |
| Plaintiff / Counter Defendant | * | |
| v. | * | Case No.: RWT 10-cv-232 |
| WAYNE TAYLOR, | * | |
| Defendant / Counter Plaintiff / Third-Party Plaintiff | * | |
| v. | * | |
| AFLAC, Inc., *et al.* | * | |
| Third-Party Defendants. | * | |

**MEMORANDUM OPINION AND ORDER**

On May 14, 2010, Defendant Wayne Taylor filed a "*Pro Se* Motion to Dismiss and Complaint in Interpleader, by Counterclaim and Third Party Crossclaim," Paper No. 6, and tendered to the Clerk of Court a check in the amount of $13,333.34 drawn on the IOLTA account of Lillard & Lillard Attorneys at Law.

The Court directed the Clerk of Court to return to Defendant the check because his pleading "is in many respects unintelligible and it is difficult, at best, to determine whether a proper basis has been asserted for the filing of a Counterclaim in Interpleader." Paper No. 8.

In an attempt to resolve any confusion, on June 1, 2010, Defendant filed a "*Pro Se* Petition to Accept Interpleader Deposit and to Clarify 'Unintelligible' Pleading," Paper No. 10, and again tendered to the Clerk of Court a check in the amount of $13,333.34. However,

Defendant's most recent pleading still provides no basis for the filing of a Counterclaim in Interpleader.

Accordingly, it is this 22nd day of June, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that the Clerk of Court is directed to return to Defendant Wayne Taylor the check tendered by him pending further order of the Court.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
